```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LYNN ANN MATHENY, Administratrix**
**of the Estate of Douglas Kevin**
**Matheny, deceased,**

      **Plaintiff,**

**v.**                    //    **CIVIL ACTION NO. 1:03CV135**
                                (Judge Keeley)

**BODY DYNAMICS, INC., JOHN DOE,**
**INC. MANUFACTURER, JOHN DOE**
**INC. DISTRIBUTOR, and JOHN**
**DOE, INC. SELLER,**

      **Defendants.**

## ORDER SCHEDULING HEARING

The Court will conduct a status/scheduling conference on **December 10, 2007 at 9:15 a.m.** at the Clarksburg, West Virginia point of holding court. Counsel may appear by telephone. The Court directs lead counsel for plaintiff to initiate the call to **304-624-5850** and have all parties on the phone for the conference call.

It is so ORDERED.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: November 27, 2007.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE